| | |
|---|---|
| **CROSNER LEGAL, P.C.** | ISABELLE L. ORD (Bar No. 198224) |
| Michael R. Crosner (SBN 41299) | isabelle.ord@us.dlapiper.com |
| Zachary M. Crosner (SBN 272295) | TIA Q. NGUYEN (Bar No. 338778) |
| Chad A. Saunders (SBN 257810) | tia.nguyen@us.dlapiper.com |
| Craig W. Straub (SBN 249032) | **DLA PIPER LLP (US)** |
| 9440 Santa Monica Blvd. Suite 301 | 555 Mission Street, Suite 2400 |
| Beverly Hills, CA 90210 | San Francisco, CA 94105-2933 |
| Tel: (310) 496-5818 | Tel: 415.836.2500 |
| Fax: (310) 510-6429 | Fax: 415.836.2501 |
| mike@crosnerlegal.com | |
| zach@crosnerlegal.com | KEARA M. GORDON (*pro hac vice*) |
| chad@crosnerlegal.com | keara.gordon@us.dlapiper.com |
| craig@crosnerlegal.com | HALEY D. TORREY (*pro hac vice*) |
| | haley.torrey@us.dlapiper.com |
| **REESE LLP** | **DLA PIPER LLP (US)** |
| Michael R. Reese (SBN 206773) | 1251 Avenue of the Americas, 27th Floor |
| 100 West 93rd Street, 16th Floor | New York, NY 10020-1104 |
| New York, New York 10025 | Tel: 212.335.4632 |
| Telephone: (212) 643-0500 | Fax: 212.884.8632 |
| Facsimile: (212) 253-4272 | |
| mreese@reesellp.com | Attorneys for Defendant Chattem, Inc. |

**REESE LLP**
George V. Granade (SBN 316050)
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272
ggranade@reesellp.com

Attorneys for Plaintiff Mark Gonzalez
and the Proposed Class

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MARK GONZALEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CHATTEM, INC., SANOFI-AVENTIS U.S. LLC, and SANOFI US SERVICES INC.,<br><br>Defendants. | CASE NO. 4:23-cv-00102-HSG<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT; SUPPORTING DECLARATION OF KEARA GORDON** |

Pursuant to Federal Rule of Civil Procedure 6 and Civil Local Rule 6-2, Plaintiff Mark Gonzalez ("Gonzalez") and Defendant Chattem, Inc. ("Chattem") (together, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, Gonzalez filed the Class Action Complaint (the "Complaint") on January 9, 2023, *see* ECF No. 1, and served a copy of the Complaint on Chattem on January 24, 2023;

WHEREAS, on February 8, 2023, the Court issued an order granting in part and denying in part the Parties' Stipulation to Extend Time to Respond to the Complaint, ECF No. 25 (the "Order"), which set the following briefing schedule for Chattem's anticipated motion to dismiss:

| | |
|---|---|
| Chattem's Motion to Dismiss: | March 6, 2023 |
| Gonzalez's Opposition: | April 12, 2023 |
| Chattem's Reply Brief: | May 3, 2023; |

WHEREAS, the Order also vacated the Parties' initial case management conference scheduled for April 18, 2023, and stated that the Court intends to hold an initial case management conference at the same time as the motion to dismiss hearing, ECF No. 25;

WHEREAS, the Parties have since identified an unresolved factual issue that impacts the arguments that Chattem may bring in its anticipated motion to dismiss and which the Parties are currently working to resolve and, as a result, the Parties both request additional time to complete their factual investigation before Chattem files its anticipated motion to dismiss;

WHEREAS, on March 2, 2023, counsel for Chattem and counsel for Gonzales met and conferred and agreed to an additional 21 days for Chattem to answer, move, or otherwise respond to the Complaint;

WHEREAS, subject to the Court's approval, the Parties also agreed to a proposed briefing schedule, as follows, on Chattem's anticipated motion to dismiss:

| | |
|---|---|
| Chattem's Motion to Dismiss: | March 27, 2023 |
| Gonzalez's Opposition: | May 3, 2023 |
| Chattem's Reply Brief: | May 25, 2023; |

WHEREAS, this is the second request for an extension of time in this action, and the Parties'

proposed updated briefing schedule will not affect any other currently scheduled dates previously set by the Court;

IT IS HEREBY STIPULATED AND AGREED, that pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-2, that Chattem shall have an extension of time to answer, move, or otherwise respond to the Complaint and, subject to the Court's approval, the following briefing schedule shall apply to Chattem's anticipated motion to dismiss:

| | |
|---|---|
| Chattem's Motion to Dismiss: | March 27, 2023 |
| Gonzalez's Opposition: | May 3, 2023 |
| Chattem's Reply Brief: | May 25, 2023; |

IT IS FURTHER STIPULATED AND AGREED THAT the Parties shall participate in the initial Case Management Conference at the same time as the motion to dismiss hearing.

IT IS SO STIPULATED.

Date: March 3, 2023

**DLA PIPER LLP (US)**

By: */s/ Isabelle Ord*
ISABELLE ORD
Attorney for Defendant
CHATTEM, INC.

**REESE LLP**

By: */s/ George V. Granade*
George V. Granade
Attorney for Plaintiff MARK GONZALEZ
and the Proposed Class

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 3/6/2023

_____
Honorable Haywood S. Gilliam, Jr.