**CROSNER LEGAL, P.C.**
Michael R. Crosner (SBN 41299)
Zachary M. Crosner (SBN 272295)
Chad A. Saunders (SBN 257810)
Craig W. Straub (SBN 249032)
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (310) 496-5818
Fax: (310) 510-6429
mike@crosnerlegal.com
zach@crosnerlegal.com
chad@crosnerlegal.com
craig@crosnerlegal.com

**REESE LLP**
Michael R. Reese (SBN 206773)
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
mreese@reesellp.com

**REESE LLP**
George V. Granade (SBN 316050)
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272
ggranade@reesellp.com

Attorneys for Plaintiffs and the Proposed Class

ISABELLE L. ORD (Bar No. 198224)
isabelle.ord@us.dlapiper.com
TIA Q. NGUYEN (Bar No. 338778)
tia.nguyen@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

KEARA M. GORDON (*pro hac vice*)
keara.gordon@us.dlapiper.com
HALEY D. TORREY (*pro hac vice*)
haley.torrey@us.dlapiper.com
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY  10020-1104
Tel: 212.335.4632
Fax: 212.884.8632

Attorneys for Defendant Chattem, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MARK GONZALEZ and DONNIE WESLEY SR., individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br>   v.<br><br>CHATTEM, INC.,<br><br>              Defendant. | CASE NO. 4:23-cv-00102-HSG<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON CHATTEM'S RESPONSE TO THE AMENDED COMPLAINT; SUPPORTING DECLARATION OF KEARA GORDON** |

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON CHATTEM'S RESPONSE TO THE
AMENDED COMPLAINT
CASE NO. 4:23-CV-00102-HSG

EAST\202435321.1

1  Pursuant to Federal Rule of Civil Procedure 6 and Civil Local Rule 6-2, Plaintiffs Mark
2  Gonzalez ("Gonzalez") and Donnie Wesley Sr. ("Wesley Sr.") (together, the "plaintiffs") and
3  Defendant Chattem, Inc. ("Chattem") (together, with the plaintiffs, the "Parties"), by and through
4  their respective counsel, hereby stipulate and agree to the following:

5  WHEREAS, the plaintiffs filed the First Amended Class Action Complaint (the "Amended
6  Complaint") on March 24, 2023, *see* ECF No. 35, and served a copy of the Amended Complaint on
7  Chattem on March 24, 2023;

8  WHEREAS, under Federal Rule of Civil Procedure 15(a)(3), Chattem is presently required
9  to respond to the Complaint on April 7, 2023;

10  WHEREAS, given the new allegations in the Amended Complaint, Chattem's counsel
11  requires additional time to respond;

12  WHEREAS, on April 5, 2023, Chattem's counsel contacted the plaintiffs' counsel to request
13  an additional seven days to respond to the Amended Complaint, and the plaintiff's counsel agreed
14  to the requested extension;

15  WHEREAS, subject to the Court's approval, the parties also agreed to a proposed briefing
16  schedule, as follows, on Chattem's anticipated motion to dismiss, subject to this Court's approval:

17      Chattem's Motion to Dismiss:    April 14, 2023
18      Plaintiffs' Opposition:    May 15, 2023
19      Chattem's Reply Brief:    June 5, 2023;

20  WHEREAS, on February 8, 2023, the Court issued an Order vacating the Parties' initial case
21  management conference scheduled for April 18, 2023, and stated that the Court intends to hold an
22  initial case management conference at the same time as the motion to dismiss hearing, ECF No. 25;

23  WHEREAS, this is the third request for an extension of time in this action, and the Parties'
24  proposed updated briefing schedule will not affect any other currently scheduled dates previously
25  set by the Court;

26  IT IS HEREBY STIPULATED AND AGREED, that pursuant to Federal Rule of Civil
27  Procedure 6(b) and Civil Local Rule 6-2, subject to the Court's approval, the following briefing
28

1

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON CHATTEM'S RESPONSE TO THE
AMENDED COMPLAINT
CASE NO. 4:23-CV-00102-HSG

EAST\202435321.1

1 | schedule shall apply to Chattem's anticipated motion to dismiss:

2 |         Chattem's Motion to Dismiss:        April 14, 2023

3 |         Plaintiffs' Opposition:        May 15, 2023

4 |         Chattem's Reply Brief:        June 5, 2023.

5 |     IT IS FURTHER STIPULATED AND AGREED THAT the Parties shall participate in the

6 | initial Case Management Conference at the same time as the motion to dismiss hearing.

7 |     IT IS SO STIPULATED.

8 | Date: April 6, 2023

9 | **DLA PIPER LLP (US)**

10 | By: */s/ Isabelle Ord*

11 | ISABELLE ORD
Attorney for Defendant
CHATTEM, INC.

13 | **REESE LLP**

14 | By: */s/ George V. Granade*

15 | George V. Granade
Attorney for Plaintiffs MARK GONZALEZ
and DONNIE WESLEY SR. and the Proposed Class

EAST\164960682.9

2
STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON CHATTEM'S RESPONSE TO THE AMENDED COMPLAINT
CASE NO. 4:23-CV-00102-HSG

EAST\202435321.1

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 4/6/2023

_____
Honorable Haywood S. Gilliam, Jr.

EAST\164960682.9
3
STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON CHATTEM'S RESPONSE TO THE AMENDED COMPLAINT
CASE NO. 4:23-CV-00102-HSG

EAST\202435321.1