UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GONZALEZ, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> CHATTEM, INC., <br><br>  Defendant. | Case No. 23-cv-00102-HSG <br><br> **ORDER REGARDING STIPULATION** <br><br> Re: Dkt. No. 46 |

On December 21, 2023, the parties filed a joint stipulation regarding dates for Defendant Chattem to answer, move, or otherwise respond to the Plaintiffs' Second Amended Complaint (Dkt. No. 47), as well as a proposed briefing schedule on any motion to dismiss. The Court **ADOPTS** the proposed briefing schedule:

| Defendant's Deadline to Answer, Move, or Otherwise Respond | January 22, 2024 |
|---|---|
| Plaintiffs' Opposition, if Defendant Moves to Dismiss | February 22, 2024 |
| Defendant's Reply, if Defendant Moves to Dismiss | March 14, 2024 |

However, the Court declines to adopt the parties' proposed timing for a case management conference. The Court will set the date for such a conference if and when any motion to dismiss is filed.

//

//

//

//

This order **TERMINATES** Dkt. No. 46.

**IT IS SO ORDERED.**

Dated: 12/26/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge

2