UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GONZALEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHATTEM, INC., <br><br> Defendant. | Case No. 23-cv-00102-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on February 13, 2024. Having considered the parties' proposals, *see* Dkt. No. 52, the Court adopts Plaintiffs' proposal and **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to file Motion to Amend the Pleadings and/or Join New Parties | March 14, 2024 |
| Motion for Class Certification, including any expert reports upon which Plaintiffs rely in the motion | December 20, 2024 |
| Deadline to complete depositions and document productions for Plaintiffs' experts re: Class Certification | January 21, 2025 |
| Opposition to Class Certification, including any counter expert reports upon which Defendant relies in its motion | February 5, 2025 |
| Deadline to complete depositions and document productions for Defendant's experts re: Class Certification | March 7, 2025 |
| Reply in Support of Class Certification, including any rebuttal expert reports upon which Plaintiffs rely in the motion | March 24, 2025 |
| Hearing on Class Certification Motion | April 24, 2025, at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

The parties are further **DIRECTED** to e-file the standard ADR form, Stipulation and Proposed Order Selecting ADR Process, by March 5, 2024.

**IT IS SO ORDERED.**

Dated:   2/29/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge