# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MARK GONZALEZ et al.

                           Plaintiff(s)

v.

CHATTEM, INC.

                          Defendant(s)

CASE No   4:23-cv-00102-HSG

**STIPULATION AND ORDER SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
    Mediation with JAMS.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline:  60 days after Plaintiffs' Motion for Class Certification is fully briefed

Date: 03/05/2024      /s/ Craig W. Straub
                                Attorney for Plaintiff

Date: 03/05/2024      /s/ Keara M. Gordon
                                Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  3/5/2024

*[signature: Haywood S. Gill, Jr.]*
U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*