UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GONZALEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHATTEM, INC.,<br><br>Defendant. | Case No. 23-cv-00102-HSG<br><br>**ORDER DENYING PARTIES' STIPULATED PROTECTIVE ORDER**<br><br>Re: Dkt. No. 63 |

The Court **DENIES** the pending stipulated protective order, Dkt. No. 63.  The parties are ordered to submit a proposed Protective Order that tracks the Northern District of California's Model Stipulated Protective Order for Standard Litigation, or explain the basis for any requested deviations from the Model Order.  In particular, the Court advises that it is unlikely to approve an order that omits the standard provisions in Model Order section 6.3, such as the requirement that any motions to retain confidentiality be "accompanied by a competent declaration affirming that the movant has complied with the meet and confer requirements imposed in the preceding paragraph."

**IT IS SO ORDERED.**

Dated:   7/26/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge